## No. 6710.

### THE STATE OF LOUISIANA vs. R. BLOOMER ET AL.

Where a commission of seven persons was created by an Act of the Legislature, three of whom were to be appointed by the Speaker of the lower House, two by the President of the Senate, and two by the Governor, to purchase a site for a State House and to do other acts incidental thereto, and the Governor fails to appoint two, the other five do not constitute a complete commission, although they are a majority of the whole number, and their acts in the premises are null.

Even if they were a complete commission, they had no authority to remit the State taxes upon the property accruing before their pretended purchase.

APPEAL from the Sixth and Seventh Municipal Districts of Orleans. PARDEE, J.

*The Assistant Attorney-General* for the State. *Semmes* and *Hornor & Benedict* for Defendants Appellants.

The suit was for the recovery of the State taxes for 1871–5 inclusive, on three hundred acres of the Foucher tract of land, alleged to have been purchased under authority of the Act of the Legislature of 1871 (Sess. Acts, p. 79), appropriating a million and a half dollars for buying the grounds and building a State House thereon.

MARR, J., delivered the opinion affirming the judgment.